STATE OF LOUISIANA                          NO. 24-K-375

VERSUS                                      FIFTH CIRCUIT

J.J.                                        COURT OF APPEAL

                                            STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

_____ August 21, 2024 _____

Linda Wiseman
First Deputy Clerk

IN RE STATE OF LOUISIANA
_____

APPLYING FOR SUPERVISORY WRIT FROM THE JEFFERSON PARISH JUVENILE COURT, PARISH OF
JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JENNIFER G. WOMBLE,
DIVISION "A", NUMBER 2022-JU-339
_____

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

Relator, the State of Louisiana, seeks review of the Jefferson Parish Juvenile Court's July 13, 2024 ruling terminating J.J.'s active probation, over its objection, without first serving a written motion for modification upon all parties at least three days prior to a contradictory hearing, pursuant to La. C.Ch. art. 910.

On the showing made, the writ application is denied. According to the writ application, J.J.'s probation appears to be the only order from the June 15, 2023 disposition still in effect at the time of the July 2024 review hearing. The juvenile court "may terminate an order of disposition at any time while it is still in force." La. C.Ch. art. 909. Further, at the July 13 review hearing, the state did not dispute any of the testimony offered by J.J.'s probation officer and custodian, or present any argument or evidence to the court, other than the recommendation for J.J.'s active probation to continue given at the end of the "Department of Juvenile Services Review Summary" dated June 13, 2024, in support of its request.

Gretna, Louisiana, this 21st day of August, 2024.

**MEJ**
**TSM**

24-K-375

STATE OF LOUISIANA NO. 24-K-375

VERSUS FIFTH CIRCUIT

J.J. COURT OF APPEAL

STATE OF LOUISIANA

**SCHLEGEL, J., DISSENTS WITH REASONS**

I respectfully dissent. The Louisiana Children's Code provides that a motion to modify a disposition and grant an early termination of probation must be in writing and served upon all parties at least three days prior to the hearing unless waived by the parties. *See* La. Ch.C. art. 910. In this case, an early termination was granted upon the oral motion of the juvenile without advance notice. Thus, the procedure in Article 910 was not followed. Accordingly, I would grant the writ.

**SUS**

24-K-375

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **08/21/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-375**

### E-NOTIFIED
Juvenile Court (Clerk)
Honorable Jennifer G. Womble (DISTRICT JUDGE)
Thomas J. Butler (Relator)

Brian A. Pena (Respondent)
Darren A. Allemand (Relator)

### MAILED
R. Erich Cathey (Relator)
Assistant District Attorney
200 Derbigny Street
Gretna, LA 70053

Honorable Paul D. Connick, Jr. (Relator)
District Attorney
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053